1060

[Nos. 21023-5-III; 21024-3-III;   Division Three.   December 23, 2003.]
21025-1-III.

THE STATE OF WASHINGTON, *on the relation of Jacob Michael Garth Phillips Schilling, Petitioner*, v. STEVEN R. SCHILLING, *Respondent*, CAROL PHILLIPS, *Appellant*.

THE STATE OF WASHINGTON, *on the relation of Otto John Phillips Taufen III, Petitioner*, v. WALTER TAUFEN, *Respondent*, CAROL PHILLIPS, *Appellant*.

*In the Matter of the Marriage of* STEVEN R. SCHILLING, *Respondent*, and CAROL (SCHILLING) TAUFEN, *Appellant*.

Appeals from judgments of the Superior Court for Whitman County, Nos. 94-3-00170-3, 00-5-00017-0, David Frazier, J., entered March 8, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 21234-3-III.   Division Three.   December 23, 2003.]

*In the Matter of the Marriage of* TRACY N. SMITH, *Appellant*, and DALE L. STROM, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-3-01005-2, Peter S. Lineberger, J. Pro Tem., entered May 24, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21536-9-III.   Division Three.   December 23, 2003.]

JAMES R. KEYES, ET AL., *Appellants*, v.
BARBARA DIRKS, *Respondent*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 99-2-00083-9, Richard W. Miller, J., entered September 27, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.